**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 491 MAL 2014
                                    :

              Respondent      :

                                      : Petition for Allowance of Appeal from the
                                      : Order of the Superior Court

         v.                  :

                                      :

CHARLES E. BIBBS,               :

                                      :

              Petitioner        :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 19th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.